UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  05-22882-CIV-MARTINEZ-BANDSTRA

CINTHIA MARTIN a/k/a CYNTHIA A.
MARTIN, Personal Representative of the Estate
of JOHN ANDRUSZCZAL, deceased, and
CINTHIA MARTIN, individually,

     Plaintiff,

vs.

CARNIVAL CORPORATION, a foreign
corporation, d/b/a CARNIVAL CRUISE
LINES,

     Defendant.
_____/

### ORDER GRANTING DEFENDANT'S PETITION TO ADD WITNESS TO DEFENDANT'S TRIAL WITNESS LIST AND ORDER ON PROFESSIONALISM

THIS CAUSE came before the Court upon Defendant's Notice of Newly Discovered Witness and Petition to Add Witness to Defendant's Trial Witness List **(D.E. No. 48)**, filed on **August 22, 2006**.  The Court has carefully considered the motion, which is fully briefed, and is otherwise duly advised.

In short, this case involves an injury sustained by a passenger in a restroom on Defendant's vessel in December of 2004.  Defendant has moved to amend its witness list to add the **only eyewitness of the accident**.  In its motion and reply, Defendant emphasizes the difficult circumstances of pinpointing this witness from nearly a thousand crewmembers who were aboard the vessel at the time of the accident.  Defendant provides a compelling account of the efforts it has taken to locate this eyewitness, and a logical explanation how the information provided by the

Plaintiffs attempting to describe the eyewitness' identity ultimately proved unhelpful. For instance, the Plaintiff provided the name "Patt" or "Ronn," and identified the witness as being Filipino. Ultimately, the Defendant located Budi Santosa, who is Indonesian. The **day after this witness was located**, Defendant notified Plaintiff's counsel telephonically. The instant motion was filed the following day.

In response, Plaintiff generally laments that "Plaintiff's good faith efforts at identifying this employee of the Defendant ... have been stonewalled at every turn." (D.E. No. 49 at 1). Plaintiff further opines that "[a] pattern of discovery abuse and dilatory tactics on behalf of Carnival is clearly emerging. Plaintiff cannot be expected [to] receive a fair trial if the playing field is not immediately leveled." *Id*. This Court finds that these words ring hollow. Plaintiff concedes the difficulty of locating the crewmember, noting that Defendant has "found the proverbial needle in the haystack." *Id*. at 4. Plaintiff observes: "The question that Plaintiff and this Court is left with is 'Why now?' While counsel for plaintiff would like to believe there is an innocent explanation for Carnival's latest ploy, our duty to fairly and effectively represent our client requires us to be more circumspect." *Id*. After carefully reviewing the record in this case, this Court finds Plaintiff's accusations of misconduct to be baseless. This Court further notes that Plaintiff's verbal jabs do little to advance the efficient and just resolution of this case.

After carefully reviewing the parties' arguments, and the record in this case, this Court finds that the interests of justice would not be served by preventing Defendant to amend its witness list. To the contrary, the interests of justice require that the witness list be amended to include the only eyewitness of the accident. However, Plaintiff should have an opportunity to depose the witness. This Court notes that the deposition of Budi Santosa was scheduled to take

place on Monday, October 16, 2006. In any event, Defendant shall ensure that Budi Santosa is available to be deposed on or before Thursday, October 25, 2006 at 6:00 p.m.

**ORDERED AND ADJUDGED** that

1. Defendant's Notice of Newly Discovered Witness and Petition to Add Witness to Defendant's Trial Witness List **(D.E. No. 48)** is **GRANTED**.

2. As this case prepares to proceed to trial, the Court cautions the parties to conduct themselves with professionalism and courtesy, or sanctions will be imposed.

3. Defendant shall ensure that Budi Santosa is available to be deposed on or before Thursday, October 25, 2006 at 6:00 p.m.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record