UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **05-22882-CIV-MARTINEZ-BANDSTRA**

CINTHIA MARTIN a/k/a CYNTHIA A.
MARTIN, Personal Representative of the Estate
of JOHN ANDRUSZCZAL, deceased, and
CINTHIA MARTIN, individually,
    Plaintiff,

vs.

CARNIVAL CORPORATION, a foreign
corporation, d/b/a CARNIVAL CRUISE
LINES,
    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL OR TO STRIKE WITNESS

THIS CAUSE came before the Court upon the Plaintiff's Motion to Compel Compliance with Court Order or to Strike Witness **(D.E. No. 57)**. The Court has carefully considered the motion, which is fully briefed, and is otherwise duly advised. This Court denies that motion. Plaintiff's Reply Memorandum (D.E. No. 57), filed on October 18, 2006, indicates that Plaintiff has deposed the witness in question, Lee Swanger. Furthermore, Plaintiff has not shown good cause to strike the witness. Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff's Motion to Compel Compliance with Court Order or to Strike Witness **(D.E. No. 57)** is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record