UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  05-22882-CIV-MARTINEZ/BANDSTRA

CINTHIA MARTIN a/k/a CYNTHIA A. MARTIN, Personal Representative of the Estate of JOHN ANDRUSZCZAK, deceased, and CINTHIA MARTIN, individually,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a foreign corporation, d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' calls to chambers indicating that they have reached a settlement.  This Court notes that trial is scheduled to begin on Tuesday, September 4, 2006.  It is hereby:

ORDERED AND ADJUDGED as follows:

1) The parties shall file a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action on or before Monday, December 4, 2006 at 4:00 p.m.

2) If the parties fail to comply with this order, the Court shall proceed to trial as scheduled.  No continuances will be granted on the grounds that settlement documents remain to be executed.

4) The Clerk is DIRECTED to DENY ALL PENDING MOTIONS AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of December, 2006.

                                                                                    JOSE E. MARTINEZ
                                                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record