UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  05-22882-CIV-MARTINEZ-BANDSTRA

CINTHIA MARTIN a/k/a CYNTHIA A.
MARTIN, Personal Representative of the Estate
of JOHN ANDRUSZCZAL, deceased, and
CINTHIA MARTIN, individually,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a foreign
corporation, d/b/a CARNIVAL CRUISE
LINES,

    Defendant.
_____/

**ORDER GRANTING MOTION REQUESTING CANCELLATION OF HEARING**

THIS CAUSE came before the Court upon Plaintiff's Motion Requesting Cancellation of Hearing **(D.E. No. 86)**, filed on January 18, 2006. The motion explains that Plaintiff is attempting to negotiate with Medicare at the present time as to the resolution of the Medicare claim for reimbursement.  The Court has carefully considered the motion and is otherwise duly advised.  It is hereby:

    **ORDERED and ADJUDGED** that

    1.  Plaintiff's Motion Requesting Cancellation of Hearing **(D.E. No. 86 )** is **GRANTED**.

    2.  The hearing currently set to take place on Tuesday, January 23, 2007 at 1:00 p.m. is **CANCELLED**.

    DONE AND ORDERED in Chambers at Miami, Florida, January 19, 2007.

                                                   JOSE E. MARTINEZ
                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record